James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
JOSE RAFAEL PLATAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

*Judge Maria-Elena James*

Case Dismissed.
Dated: April 17, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| JOSE RAFAEL PLATAS, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>SAN FRANCISCO FEDERAL CREDIT UNION, a Federal Credit Union; TK CREDIT RECOVERY, a California corporation; BRET ALLEN YAPLE, an individual, and DOES 1 through 10, inclusive,<br><br>            Defendants.<br>_____/ | Case No. 3:18-cv-00243-MEJ<br><br>NOTICE OF DISMISSAL |

PLEASE TAKE NOTICE THAT pursuant to the settlement with all

defendants named above, plaintiff hereby dismisses this action with prejudice.


DATED: April 14, 2018                    ____/s/ James A. Michel_____
                                        JAMES A. MICHEL
                                        State Bar No. 184730
                                        2912 Diamond St #373
                                        San Francisco CA 94131
                                        Tel. # 415/ 239-4949
                                        Email: attyjmichel@gmail.com

                                        Attorney for Plaintiff
                                        JOSE RAFAEL PLATAS